IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 APR 18 PM 2:52
U.S. DISTRICT COURT
N.D OF ALABAMA

KENNETH E. JACKSON, )
)
       Plaintiff, )
)
vs ) CIVIL ACTION NO. 99-S-2377-S
)
)
JAIL MAINTENANCE WORKER ELLIS, )
)
       Defendant. )

ENTERED
APR 18 2001

### MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and Amendment thereto and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.  In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this complaint is due to be dismissed.  An appropriate order will be entered.

    DONE, this 18th day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

